# United States Court of Appeals
# for the Federal Circuit

---

**ROBERT HOOFMAN,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2013-3029

---

Petition for review of the Merit Systems Protection Board in case no. SF0752110266-I-1.

---

**ON MOTION**

---

**O R D E R**

Robert Hoofman moves for an extension of time, until February 11, 2013, to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

ROBERT HOOFMAN v. ARMY                                    2

                                    FOR THE COURT

                                    /s/ Jan Horbaly
                                    Jan Horbaly
                                    Clerk

s27